United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM CACAS,

Plaintiff,

v.

REDFIN CORPORATION,

Defendant.

Case No. 26-cv-04566-MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY OF NOTICE OF REMOVAL**

On May 15, 2026, the above-titled action was assigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a courtesy copy of its Notice of Removal, filed May 14, 2026, and exhibits attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 22, 2026

MAXINE M. CHESNEY
United States District Judge