United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM CACAS,

Plaintiff,

v.

REDFIN CORPORATION,

Defendant.

Case No. 26-cv-04566-MMC

**ORDER DEFERRING MOTION TO DISMISS BRIEFING**

Before the Court are defendant Redfin Corporation's Motion to Compel Arbitration ("Motion to Compel") and Motion to Dismiss, both filed June 22, 2026, and noticed for hearing on July 31, 2026.

Given the potential effect of the Court's ruling as to the Motion to Compel on defendant's Motion to Dismiss, the Court hereby DEFERS further briefing on the Motion to Dismiss pending resolution of the Motion to Compel, and, if and when appropriate, will apprise the parties of a revised briefing schedule as to the Motion to Dismiss.

Plaintiff's deadline to file opposition to defendant's Motion to Compel Arbitration remains unchanged.

**IT IS SO ORDERED.**

Dated: June 29, 2026

MAXINE M. CHESNEY
United States District Judge