RACHEL E. K. LOWE (State Bar No. 246361)
GILLIAN H. CLOW (State Bar No. 298966)
OMAR MORQUECHO (State Bar No. 333647)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100
rachel.lowe@alston.com
gillian.clow@alston.com
omar.morquecho@alston.com

TRACY YAO (State Bar No. 323816)
**ALSTON & BIRD LLP**
55 2nd Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
tracy.yao@alston.com

Attorneys for Defendant Redfin Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM CACAS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDFIN CORPORATION, a Delaware corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 3:26-cv-04566-MMC<br><br>(Removed from Alameda Superior Court Case No. 26CV179566)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Compl. Filed: March 30, 2026 |

Plaintiff Sam Cacas ("Plaintiff") and Defendant Redfin Corporation ("Redfin"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned action in the Superior Court of California, County of Alameda on March 30, 2026;

WHEREAS, Redfin removed the action to this Court on May 14, 2026;

WHEREAS, on June 22, 2026, Redfin filed a motion to dismiss the Complaint ("Motion to Dismiss") and a motion to compel arbitration ("Motion to Compel Arbitration"), both of which were noticed for hearing on July 31, 2026;

WHEREAS, on June 29, 2026, the Court issued an order deferring the briefing on the Motion to Dismiss pending resolution of the Motion to Compel Arbitration;

WHEREAS, an Initial Case Management Conference is currently set for August 14, 2026;

WHEREAS, in the interest of judicial economy and litigation efficiency, the Parties request that the Court continue the Initial Case Management Conference, and all associated deadlines, to a date the Motion to Compel Arbitration and the Motion to Dismiss, if necessary, are decided. Should the Court compel arbitration, there would be no need to hold the Initial Case Management Conference. In the event the Court denies the Motion to Compel Arbitration, the Parties agree that they would benefit from having the Court's ruling on the Motion to Dismiss to inform the scope of the claims proceeding, if any, before discussing case management issues;

WHEREAS, no prior continuances of the Initial Case Management Conference have been requested or granted;

NOW THEREFORE, the Parties jointly stipulate and respectfully request that the Court continue the Initial Case Management Conference from August 14, 2026, to a date convenient for the Court after the resolution of the Motion to Compel Arbitration and the Motion to Dismiss, if necessary.

Dated: July 22, 2026

MARK D. POTTER
JAMES M. TREGLIO
ISABEL ROSE MASANQUE
NAOMI BUTLER
**POTTER HANDY LLP**

BY: */s/ Naomi Butler*
Naomi Butler
ATTORNEYS FOR PLAINTIFF SAM CACAS

Dated: July 22, 2026

RACHEL E. K. LOWE
GILLIAN H. CLOW
TRACY YAO
OMAR MORQUECHO
**ALSTON & BIRD LLP**

By: */s/ Rachel E. K. Lowe*
Rachel E. K. Lowe
Attorneys for Defendant Redfin Corporation

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' above stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Initial Case Management Conference, currently set for August 14, 2026, is CONTINUED to October 30, 2026, at 10:30 AM via videoconference. All deadlines associated with the Initial Case Management Conference are continued accordingly.

**IT IS SO ORDERED.**

Dated: July 27, 2026

The Honorable Maxine M. Chesney
United States District Judge