United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM CACAS,

Plaintiff,

v.

REDFIN CORPORATION,

Defendant.

Case No. 26-cv-04566-MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Before the Court is defendant's "Motion to Compel Arbitration," filed June 22, 2026. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 31, 2026.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Maxine M. Chesney

MAXINE M. CHESNEY
United States District Judge